In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-122 CV


____________________



LARRY JAMES TREAKLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-172,195






 MEMORANDUM OPINION 


 Larry James Treakle filed his notice of appeal on February 23, 2007. We notified the
parties that the notice of appeal did not appear to have been timely filed. The appellant filed
a reply. The judgment was signed on September 8, 2005, and the appellate timetables were
not extended by the filing of post-judgment motions. The notice of appeal was filed more
than 30 days from the date the judgment was signed. Appellant did not establish that the
notice of appeal was mailed by the due date. See Tex. R. Civ. P. 5; see also Tex. R. App. P.
9.2(b). The Court finds appellant failed to timely perfect an appeal. Tex. R. App. P. 26.1.

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 22, 2007 

Before McKeithen, C.J., Kreger and Horton, JJ.